# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

|  |  |
|---|---|
| **IN RE JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | **Case No. 3:19-md-02913-WHO** |
|  | **Honorable William H. Orrick** |
| **This Document Relates to:** | **APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* (CIVIL LOCAL RULE 11-3)** |
| B.F. v. JUUL Labs, Inc.;  3:22-cv-4409-WHO |  |

I, **Amanda D. Summerlin**, an active member in good standing of the bar of Alabama, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: B.F., a minor, by and with her parent and natural guardian, Bryan Franklin, in the above-entitled action.

My Address of records:

Levin, Papantonio, Proctor, Buchanan, O'Brien, Barr & Mougey, P.A. 316 S. Baylen Street, Suite 600 Pensacola, FL 32502

My Telephone of Record:

(850) 435-7000

My Email address of Record:

asummerlin@levinlaw.com

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my Alabama bar number is **9801W63J**.

Pursuant to Pretrial Order #1, In Re: *JUUL Labs Inc., Marketing, Sales Practices, and Products Liability Litigation*, Case No. 19-md-02913-WHO, ECF. No. 2, ¶ 5, the requirement that *pro hac vice* counsel retain local counsel, is waived and does not apply to this MDL action.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: December 10, 2025                          *Amanda D. Summerlin*
                                                            APPLICANT

**ORDER GRANTING APPLICATION**

**FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

IT IS HEREBY ORDERED THAT the application of Amanda D. Summerlin is granted, subject to the terms and conditions of Civil L.R.11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with local co-counsel designated in the application will constitute notice to the party.

Dated:    December 10, 2025

UNITED STATES DISTRICT JUDGE

GRANTED
Judge William H. Orrick

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA