Amanda D. Summerlin
**Levin, Papantonio, Proctor, Buchanan,**
**O'Brien, Barr & Mougey, P.A.**
316 S Baylen Street, Ste. 600
Pensacola, FL 32502
Telephone: 850 435-7000
Fax: (850) 436-6013
Asummerlin@levinlaw.com
*Counsel for Plaintiff Dawn McGee obo B.F. (minor)*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | **Civil Case No. 3:22-cv-4409** |
| **This Document Relates to:** | |
| **Dawn McGee on behalf of B.F. (minor)** | |

## NOTICE OF FILING ORDER APPROVING COMPROMISE

Plaintiff Dawn McGee, individually, and as the legal guardian of her minor child B.F. hereby gives notice that she has filed the attached Order Approving Compromise of Claim or Action or Disposition of Proceeds of Judgment for Minor or Person with a Disability, originally entered in the Superior Court of California.

The attached Order concerns the approval of the settlement and structured settlement arrangements for minor claimant B.F., including authorized disbursements and related terms.

A true and correct copy of the Order Approving Compromise (Form MC-351) is filed concurrently as Exhibit A.

Dated: May 5, 2026.                    Respectfully submitted,

                                       /s/ *Amanda D. Summerlin*
                                       Amanda D. Summerlin

Levin, Papantonio, Proctor, Buchanan,
O'Brien, Barr & Mougey, P.A.
316 S Baylen Street, Ste. 600
Pensacola, FL 32502
Telephone: 850 435-7000
Fax:  (850) 436-6013
Asummerlin@levinlaw.com
*Counsel for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 5, 2026, I electronically served the following document using the CM/ECF system, which will send notification of such filing to all counsel of record in this action registered in the CM/ECF system.

*/s/ Amanda D. Summerlin*